USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ELISANDRA MOOTOO,

                Plaintiff,

                        23-CV-1445 (VEC)

    -against-

                        ORDER

TAMMY CARE PHARMACY, INC., and
USMAN HABIB

               Defendants.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 22, 2023, Plaintiff filed the Complaint in this action, *see* Dkt. 1;

    WHEREAS on March 6, 2023, the Summons and Complaint were served upon Defendant Tammy Care Pharmacy, Inc. ("Tammy Care"), *see* Dkt. 13;

    WHEREAS the deadline for Tammy Care to answer or otherwise respond to the Complaint was March 27, 2023; and

    WHEREAS to date, Tammy Care has not appeared in this case;

    IT IS HEREBY ORDERED that not later than **Friday, June 2, 2023**, Plaintiff must apply for a certificate of default against Tammy Care, or show cause why the Court should not dismiss the case against it for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Should the Clerk of Court then issue a certificate of default against Tammy Care, Plaintiff must move for default judgment against it not later than **fourteen days** after the Clerk of Court issues the certificate.

**SO ORDERED.**

Date: May 22, 2023
       New York, NY

                                             **VALERIE CAPRONI**
                                             **United States District Judge**