UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
ELISANDRA MOOTOO,

Plaintiff,

-against-

TAMMY CARE PHARMACY, INC., and
USMAN HABIB,

Defendants.
--------------------------------------------------------------X

Civil Action No. 1:23-cv-01445

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties as represented below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action be, and hereby is, withdrawn, discontinued, and dismissed, with prejudice, and without any additional costs, fees, or disbursements to any party.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and that faxed or electronic signatures shall be deemed original signatures.

Dated: New York, New York
October 30, 2023

______________________________
DeTOFFOL & GITTLEMAN, Attorneys at Law
125 Maiden Lane, Suite 5C
New York, New York 10038
Tel. (212) 962-2220
Counsel for Plaintiff

______________________________
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
Tel. (212) 218-5500
Attorneys for Defendant Usman Habib

______________________________
MANDELBAUM BARRETT PC
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Tel.973-736-4600
Attorneys for Defendant Tammy Care Pharmacy, Inc.